1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**

12    In re:
        JAMES CALVIN MORRISON II          Case No.  16-44542-MJH
13      CINDY LEE MORRISON

14                                          **ORDER APPROVING POST-CONFIRMATION**
                            Debtor(s).      **MODIFICATION OF PLAN**
15

16

17         THIS MATTER came before the Court on the Debtor(s) motion for post-confirmation approval

18    of the amended plan  ("Motion").  The Court  has considered the Motion, the records and files in this

19    case, and the oral argument, if any, and found good cause to grant the Motion.

20         Now, therefore, it is ORDERED that:

21         1.     The amended plan [Docket No. _33_ ] ("Amended Plan") shall become the plan, pursuant

22    to 11 U.S.C. § 1329(b).

23     //

24    //

25

1    2.    The terms of the previously entered Order Confirming Chapter 13 Plan shall continue to

2    apply except to the extent such terms are inconsistent with the Amended Plan.

3    /// End of Order ///

4    Presented by:

5    /s/Ellen Ann Brown #27992
     Counsel, WSBA #

6    Attorney for Debtor(s)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25