# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

**Re**

**JAMES CALVIN MORRISON II**
**CINDY LEE MORRISON**


**Debtor(s)**
_____

**In Chapter 13 Proceeding**
**No. 16-44542-MJH**

**Order Allowing Debtors to Incur New Debt**

It is hereby ORDERED that Debtor(s) may incur additional debt to purchase real property located at 1317 Daffodil Ave. NE, Orting, WA 98360 for the purchase price of $332,000.00 and a loan amount of $320,380.00 with estimated principal and interest of $1800.11 with a fixed interest rate of 5.25% for 360 months.

///end of order///

Presented by:

/s/ Ellen Ann Brown
_____
Ellen A. Brown, WSB 27992
Attorney(s) for Debtor(s)