Entered on Docket November 26, 2018

Below is the Order of the Court.

_/s/ Mary Jo Heston_
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| **Re** <br><br> **JAMES CALVIN MORRISON II** <br> **CINDY LEE MORRISON** <br><br> **Debtor(s)** <br> _____ | In Chapter 13 Proceeding <br> No. 16-44542-MJH <br><br> Ex Parte Amended <br> Order Allowing Debtors to <br> Incur New Debt |

It is hereby ORDERED that Debtor(s) may incur additional debt to purchase real property located at 1317 Daffodil Ave. NE, Orting, WA 98360 for the purchase price of $325986.00 and a loan amount of $320,380.00 with estimated principal and interest of $1902.37 with a fixed interest rate of 5.75% for 360 months.

///end of order///

Presented by:                                                             Approved by:

/s/ Ellen Ann Brown                                                   _/s/ Matthew J.P. Johnson_
_____                              _____
Ellen A. Brown, WSB 27992                                 Matthew J.P. Johnson, WSBA #40476
Attorney(s) for Debtor(s)                                      Attorney for Michael G. Malaier
                                                                                Chapter 13 Trustee