

Loan # 000684237

## Estimated Fees & Cost Worksheet

**Your actual rate, payment and costs could be higher**
**Get an official Loan Estimate before choosing a loan**

| | | | | | |
|---|---|---|---|---|---|
| Prepared For: | James Morrison | Est Market Value: | $332,000 | Interest Rate: | 5.750 % |
| | Cindy Morrison | Loan Amount: | $320,380.00 | Amortization: | Fixed |
| Property Address: | 1317 Daffodil Avenue NE | Loan Amount (w/MIP): | $325,986.00 | APR: | 6.849 % |
| City, State, Zip: | Orting, WA 98360 | Second Loan Amount: | $ | Term: | 360 Months |
| Date Prepared: | 11/19/2018 | Loan to Value: | 96.500 % | Interest Only: | No |
| Type Of Loan: | FHA | | | | |

### Origination Charges

| | |
|---|---|
| Loan Origination Fee | $ |
| Loan Points | $ |
| Underwriting Fee | $ 895.00 |
| Processing Fee | $ 895.00 |

**Required Services**

| | |
|---|---|
| Appraisal Fee | $ 750.00 |
| Credit Report and Verification Fees | $ 44.60 |
| Flood Certification | $ |
| Tax Service | $ |
| Appraisal Re-Inspection Fee | $ |
| MERS® Registration Fee | $ |
| 4506-T | $ |
| Social Security Verification | $ |
| Additional Service Fees | $ 0.00 |

**Prepaids**

| | | | | |
|---|---|---|---|---|
| Interest For | 1 | days @ | $ 51.35 | $ 51.35 |
| Mortgage Insurance Premium | | | | $ 5,606.65 |
| Hazard Insurance Premium | | | | $ 1,395.00 |
| Property Taxes | | mths. @ | $ 332.65 | $ |

**Reserves (Escrows)**

| | | | | |
|---|---|---|---|---|
| Hazard Ins. | 3 | mths. @ | $ 116.25 | $ 348.75 |
| Mortgage Ins. | | mths. @ | $ 225.61 | $ |
| Property Taxes | 4 | mths. @ | $ 332.65 | $ 1,330.60 |
| Flood Ins Reserve | | mths. @ | $ | $ |
| Aggregate Adjustment | | | | $ -332.65 |

### Title and Closing Fees

| | |
|---|---|
| Settlement, Closing or Escrow Fees | $ 906.67 |
| Owner's Title Insurance | $ 0.00 |
| Lender's Title Insurance | $ 794.20 |
| Signing Notary Fee | $ 200.00 |
| Courier Fee | $ 0.00 |
| Title Endorsement Fee | $ |
| E-Docs | $ 0.00 |
| | $ 0.00 |
| | $ |
| | $ |
| Additional Title Fees | $ 0.00 |

**Government Recording & Transfer Charges**

| | |
|---|---|
| Recording Fees | $ 350.00 |
| City/County Tax Stamps | $ |
| Transfer Tax | $ |

**Additional Settlement Charges/Credits**

| | |
|---|---|
| Home Inspection | $ 0.00 |
| Home Warranty | $ 0.00 |
| Pest Inspection Fee | $ 0.00 |
| Lender Credit | $ 814.97 |
| Additional Settlement Charges | $ 0.00 |

### Estimated Funds Needed to Close

| | |
|---|---|
| Purchase Price/Payoff | $ 332,000.00 |
| Total Estimated Closing Costs | $ 5,990.47 |
| Total Est. Reserves/Prepaid Costs | $ 2,793.05 |
| Loan Points | $ |
| FHA UFMIP/VA Funding Fee | $ 5,606.65 |
| **Total Costs:** | **$ 346,390.17** |
| Down Payment | $ 11,620.00 |
| Loan Amount | $ 320,380.00 |
| Lender Credit | $ 814.97 |
| Other Credits and Debits / Seller Credit | $ 14,761.00 |
| **Total Credits:** | **$ 335,955.97** |
| Estimated Cash [to/from] Borrower: | $ 10,434.20 |

### Estimated Monthly Payment

| | |
|---|---|
| Principal and Interest | $ 1,902.37 |
| 2nd Mortgage Payment | $ |
| Hazard Insurance | $ 116.25 |
| Property Taxes | $ 332.65 |
| Mortgage Insurance | $ 225.61 |
| Homeowners Assoc. Dues | $ 30 |
| Other | $ 0.00 |
| **Total Monthly Payment:** | **$ 2,606.88** |

| | | | |
|---|---|---|---|
| Originator: | Kristin Lee Crane | Lender: | American Pacific Mtg Corp dba Crane Financial Group |
| NMLS: | # 38143 | | |
| Originator Phone: | 360-668-3600 | Lender Address: | 8526 164th St. SE |
| Originator Email: | kris.crane@craneloan.com | | Snohomish, WA 98296 |
| | | Lender Phone: | 360-668-3600 |

American Pacific Mortgage Corporation, NMLS #1850, Equal Housing Opportunity