Entered on Docket November 29, 2018

Below is the Order of the Court.

*signature: Mary Jo Heston*

**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

Re

JAMES CALVIN MORRISON II
CINDY LEE MORRISON

Debtor(s)

In Chapter 13 Proceeding
No. 16-44542-MJH

Ex Parte Amended
Order Allowing Debtors to
Incur New Debt

It is hereby ORDERED that Debtor(s) may incur additional debt to purchase real property located at 1317 Daffodil Ave. NE, Orting, WA 98360 for the purchase price of $332,000.00 and a loan amount of $325,986 with estimated principal and interest of $1902.37 with a fixed interest rate of 5.75% for 360 months.

///end of order///

Presented by:

/s/ Ellen Ann Brown

Ellen A. Brown, WSB 27992
Attorney(s) for Debtor(s)

Approved by:

*signature*

Matthew J.P. Johnson, WSBA 40476
Attorney for
Michael G. Malaier, Chapter 13 Trustee